In the Matter of the Accounting of JOSEPH G. COHEN et al., as Executors and Trustees under the Will of SIDNEY M. FUERST, Deceased, Respondents. AARON F. GOLDSTEIN, as Special Guardian for SIDNEY M. FUERST, an Incompetent Person, Appellant; NATHANIEL L. GOLDSTEIN, Attorney-General of the State of New York, Respondent.— In this proceeding by executors and trustees for the settlement of their account and for the construction of a will, the decree of the Surrogate's Court, Kings County, in part orders and decrees that under the provisions of the will, the executors-trustees have no power or authority, after the death of decedent's widow, a first life beneficiary, to invade the principal of the trust and use and apply any portion thereof for the use and benefit of the decedent's son, the second life beneficiary. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Aldrich and Nolan, JJ.

In the Matter of the Arbitration between J. K. WELDING Co., INC., Appellant, and INTERNATIONAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, LOCAL 22, Respondent.— In a proceeding to obtain a stay of an arbitration proceeding involving the alleged discharge of three employees, in violation of the seniority provisions of a collective bargaining agreement between the appellant and the respondent union, order denying stay of arbitration proceedings, etc., affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

In the Matter of the Accounting of HERMAN PECK, as Executor of CELIE KOHEN, Deceased, Respondent. PAULINE ROTH, Appellant.— Order of the Surrogate's Court of Queens County modified on the law so as to provide that the examination of the executor-respondent shall be as an adverse party under article 29 of the Civil Practice Act, instead of under section 263 of the Surrogate's Court Act, and that such examination shall be limited to the production and identification of the books, papers and documents, and to any related facts in respect thereto bearing upon the issues. As so modified, the order is affirmed, without costs, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.